UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA – ORLANDO DIVISION

CASE NO. 6:18-bk-07271-CCJ
CHAPTER 7

IN RE:

JOEL VAZQUEZ COTTO,
      Debtor(s)
_____/

CREDITOR'S MOTION FOR
RELIEF FROM THE AUTOMATIC STAY

*Subject Property:* 125 VILLA CARIBE HACIEND
CAGUAS, PR 00725

---

**NOTICE OF OPPORTUNITY TO
OBJECT AND REQUEST FOR HEARING**

Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within 21 days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.

If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at George C. Young Federal Courthouse, 400 West Washington Street, Suite 5100, Orlando, Florida 32801 and serve a copy on the movant's attorney, Taji Foreman, Esq., at Kahane & Associates, P.A., 8201 Peters Road, Ste 3000, Plantation, FL 33324, and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.

If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

Creditor, SELECT PORTFOLIO SERVICING INC., AS LOAN SERVICER FOR LIME RESIDENTIAL, LTD., ("Creditor"), by and through undersigned counsel and pursuant to 11 U.S.C. §362(d), Fed. Rule Bankr. P. 4001 moves this Court for relief from the automatic stay to proceed *in rem,* and states:

1.      The Court has jurisdiction over the subject matter herein.

2. On or about February 20, 2010, Joel Vazquez Cotto executed and delivered a promissory note (the "Note"), and a mortgage securing payment of the Note (the "Mortgage"). Creditor is entitled to enforce the Note, a true and correct copy of which is attached hereto as Exhibit "A".

3. The Mortgage was recorded at Page 205 of Volume 1740 of Caguas, 7th inscription in the Registry of Property of Caguas, Section I., while the Deed of Modification is recorded at page number 119 of volume number 1675 of Caguas, 8th inscription. A true and correct copy of the Mortgage is attached hereto as Exhibit "B". The Creditor is a secured creditor through the Note and Mortgage executed on February 20, 2010 in the amount of $235,850.00.

4. Select Portfolio Servicing, Inc. is the servicer of the loan described in the Note and Mortgage and, as such, has the authority to initiate the instant action and any foreclosure on the Creditor's behalf pursuant to a Power of Attorney, attached hereto as Exhibit "C".

5. The Creditor has the right to foreclose on the subject property.

6. JOEL VAZQUEZ COTTO ("Debtor") is in default under the Note and Mortgage and is not adequately protecting the Creditor.

7. The Debtor filed this voluntary Chapter 7 proceeding on November 21, 2018.

8. The Creditor holds a security interest in the subject property located at 125 VILLA CARIBE HACIEND, CAGUAS, PR 00725 ("Property"), more fully described in the Mortgage attached as Exhibit "B". The legal description for the Property is as follows:

URBANA: Parcela de Terreno identificada como Solar número ciento veinticinco (#125) del Bloque "VC" de la Urbanización Villa Caribe, radicada en el Barrio Cañabón del término municipal de Caguas, con una cabida superficial de trescientos cincuenta y uno punto ochocientos sesenta y seis (351.866) metros cuadrados. En lindes por el NORTE en once punto cincuenta y cinco (11.55) metros, tres punto veinte (3.20) metros y diez punto cuarenta y cinco (10.45) metros, con solar número ciento veintiséis (#126); por el SUR, en once punto cincuenta y cinco (11.55) metros, tres punto veinte (3.20) metros y diez punto cuarenta y cinco (10.45) metros, con el solar número ciento veinticuatro (#124); por el ESTE, en nueve punto cincuenta (9.50) metros y cuatro punto cero siete (4.07) metros, con solares número ciento treinta y cuatro (#134) y número ciento treinta y cinco (#135); y por el OESTE, en distancia de dieciocho punto veintiuno (18.21) metros, con Calle Cafetal (Calle número diez (#10). Enclava una casa.

9. Based on the Debtor's Schedules, the Property is being surrendered. See Exhibit "D" attached. Pursuant to the Debtor's Schedule D, the property is valued at $300,000.00.

10. The amount due to the Creditor as of November 28, 2018 is $269,769.62.

11. The Creditor maintains that cause exists pursuant to 11 U.S.C. §362(d)(1) for the automatic stay to be lifted. The Creditor's security interest in the subject property is being significantly jeopardized by the Debtor's failure to make regular payments under the Note and Mortgage while Creditor is prohibited from pursuing lawful remedies to protect such interest. The default is based on the contractual default. The contractual monthly mortgage payment is $1,013.54, which is comprised of principal and interest, as well as escrow, if applicable. The Debtor is indebted to the Creditor in the total amount of $269,769.62.

12. Creditor further seeks relief to, at its option, offer, provide, and enter into any potential loan assistance agreement. Creditor requests that it may contact the Debtor via telephone or written correspondence to offer such an agreement.

13. Select Portfolio Servicing, Inc. is servicing the loan on behalf of the Creditor. Any payments made to the Creditor must be sent to:

Select Portfolio Servicing, Inc.
Attn: Remittance Processing
P.O. Box 65450, Salt Lake City, UT 84165-0450

14. Creditor hereby waives the requirement under §362(e) that a hearing be held within 30 days of filing the Motion for Relief from the Automatic Stay.

15. Creditor respectfully requests that the Court waive the fourteen (14) day stay of the order granting relief pursuant to Fed. Rule Bankr. P. 4001 (a)(3), so that Creditor can pursue its *in rem* remedies without further delay.

WHEREFORE, Creditor, SELECT PORTFOLIO SERVICING INC., AS LOAN SERVICER FOR LIME RESIDENTIAL, LTD., prays that this Court issue an order terminating or modifying the stay, and that the fourteen (14) day stay of the order pursuant to Fed. Rule Bankr. P. 4001 (a)(3) be waived or, in the alternative, that the Debtor(s) be directed forthwith to make regular cash payments that would adequately protect Creditor's interest. Additionally, Creditor requests this Court award any other relief this Court deems just and proper.

DATED this  14th  day of  January , 2019.

Respectfully Submitted,

**Kahane & Associates, P.A.**
8201 Peters Road, Suite 3000
Plantation, Florida 33324
Telephone: (954) 382-3486
Telefacsimile: (954) 382-5380
By:_____
☐ Marc G. Granger, Esq., Fla. Bar No.: 146870
☐ Gregg S. Ahrens, Esq., Fla. Bar No.: 352837
☒ Taji Foreman, Esq., Fla. Bar No.: 58606

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 14th day of Jan, 2019, I served a copy of the foregoing either electronically and/or via first class U.S. mail upon:

**Joel Vazquez Cotto**
1325 17th Street
Saint Cloud, FL 34769

**Walter F Benenati**
Walter F Benenati, Credit Attorney PA
624 Patrick Street
Kissimmee, FL 34741

*Trustee*
**Lori Patton**
Law Office of Lori Patton, PA
PO Box 520547
Longwood, FL 32752

*U.S. Trustee*
**United States Trustee - ORL7/13**
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801

Respectfully Submitted,

Kahane & Associates, P.A.
8201 Peters Road, Suite 3000
Plantation, Florida 33324
Telephone: (954) 382-3486
Telefacsimile: (954) 382-5380

By: _____
☐ Marc G. Granger, Esq., Fla. Bar No.: 146870
☐ Gregg S. Ahrens, Esq., Fla. Bar No.: 352837
☑ Taji Foreman, Esq., Fla. Bar No.: 58606

