EXHIBIT "A"



...I HEREBY CERTIFY THAT THIS
IS A TRUE AND EXACT COPY OF THE
THE ORIGINAL MORTGAGE NOTE. NOTE
                                        PAGARÉ

February 20, 2010    NOTARY PUBLIC    San Juan                    Puerto Rico
DATE                                  CITY                        STATE/U.S. TERRITORY
Fecha                                 Ciudad                      Estado/Territorio U.S.

PROPERTY ADDRESS:      125 Villa Caribe, Hacienda San José, Caguas Puerto Rico    00725
Dirección de la Propiedad: ----------------------------------------------------------------------------------

1.    **BORROWER=S PROMISE TO PAY**

In return for a loan that I have received, I promise to pay **U.S. $235,850.00** (this amount is called APrincipal@), plus interest, to the order of the Lender. The Lender is **POPULAR MORTGAGE, INC.** I will make all payments under this Note in the form of cash, check or money order.

I understand that the Lender may transfer this Note. The Lender or anyone who takes this Note by transfer and who is entitled to receive payments under this Note is called the ANote Holder.@

*1.    PROMESA DEL DEUDOR DE PAGAR*

*A cambio de un préstamo que he recibido, prometo pagar U.S. $ _____ (esta cantidad se llamará APrincipal@), más intereses a la orden del Prestador. El Prestador es **POPULAR MORTGAGE, INC.** Haré todos los pagos bajo este Pagaré en efectivo, con cheque o giro.*

*Entiendo que el Prestador puede traspasar este Pagaré. Se llamará el ATenedor del Pagaré@ al Prestador y a cualquiera a quien se traspase este Pagaré y tenga derecho a recibir pagos bajo el mismo.*

2.    **INTEREST**

Interest will be charged on unpaid principal until the full amount of Principal has been paid. I will pay interest at a yearly rate of **7.125%**

The interest rate required by this Section 2 is the rate I will pay both before and after any default described in Section 6(B) of this Note.

*2.    INTERESES*

*Se cargarán intereses sobre el principal adeudado, hasta que se salde la suma total del Principal. Pagaré intereses a la tasa anual de _____*

*La tasa de interés impuesta en esta Sección 2 es la tasa que pagaré tanto antes como después de cualquier incumplimiento descrito en la Sección 6(B) de este Pagaré.*

3.    **PAYMENTS**

(A)    **Time and Place of Payments**

I will pay principal and interest by making a payment every month.

I will make my monthly payments on the **(1st)** day of each month, beginning on **April, 2010**. I will make these payments every month until I have paid all of the principal and interest and any other charges described below that I may owe under this Note. Each monthly payment will be applied as of its scheduled due date and will be applied to interest before Principal. If on **March 1st, 2040**, I still owe amounts under this Note, I will pay those amounts in full on that date, which is called the AMaturity Date.@

I will make monthly payments at **POPULAR MORTGAGE, INC., ALTAMIRA CENTER**, or at a different place if required by the Note Holder.

*3.    PAGOS*

*(A)    Tiempo y Lugar de los Pagos*

*Pagaré el principal y los intereses haciendo un pago cada mes.*

*Haré mis pagos mensuales el día _____ de cada mes, comenzando en _____. Haré estos pagos cada mes hasta que haya pagado todo el principal y los intereses, y cualesquiera otros cargos aquí establecidos que pueda adeudar bajo este Pagaré. Cada pago mensual se aplicará conforme su fecha de vencimiento, y será aplicado a intereses antes que al Principal. Si a _____ aún adeudo sumas bajo este Pagaré, pagaré dichas sumas en su totalidad en esa fecha, la cual se llamará AFecha de Vencimiento@.*

*Haré mis pagos mensuales en POPULAR MORTGAGE, INC., ALTAMIRA CENTER, o en un lugar distinto si lo requiere el Tenedor del Pagaré.*

**(B)    Amount of Monthly Payments**
My monthly payments will be in the amount of U.S. **$ 1,588.97**

*(B)    Cantidad de los Pagos Mensuales*
*Mis pagos mensuales serán por la cantidad de U.S. $ _____*

**4.    BORROWER=S RIGHT TO PREPAY**
I have the right to make payments of Principal at any time before they are due. A payment of Principal only is known as a APrepayment.@ When I make a Prepayment, I will tell the Note Holder in writing that I am doing so. I may not designate a payment as a Prepayment if I have not made all the monthly payments due under the Note.
I may make a full Prepayment or partial Prepayments without paying a Prepayment charge. The Note Holder will use my Prepayments to reduce the amount of Principal that I owe under this Note. However, the Note Holder may apply my Prepayment to the accrued and unpaid interest on the Prepayment amount, before applying my Prepayment to reduce the Principal amount of the Note. If I make a partial Prepayment, there will be no changes in the due date or in the amount of my monthly payment unless the Note Holder agrees in writing to those changes.

*4.    EL DERECHO DEL DEUDOR A PAGAR ANTICIPADO*
*Tengo el derecho de hacer pagos al Principal en cualquier momento antes de que venzan. Un pago al Principal solamente se conoce como un APago Anticipado@. Cuando haga un Pago Anticipado, le diré al Tenedor del Pagaré por escrito que lo estoy haciendo. No puedo identificar un pago como Pago Anticipado si no estoy al día en mis pagos mensuales bajo el Pagaré.*
*Podré hacer un Pago Anticipado completo o Pagos Anticipados parciales sin pagar un cargo por Pago Anticipado. El Tenedor del Pagaré usará mis Pagos Anticipados para reducir el balance de Principal que adeude bajo este Pagaré. No obstante, el Tenedor del Pagaré podrá aplicar mi Pago Anticipado al pago de intereses acumulados vencidos antes de aplicar mi Pago Anticipado para reducir la suma Principal del Pagaré. Si hago un Pago Anticipado parcial, no habrá cambios en la fecha de vencimiento o en la cuantía de mi pago mensual, a menos que el Tenedor del Pagaré acuerde por escrito dichos cambios.*

**5.    LOAN CHARGES**
If a law, which applies to this loan and which sets maximum loan charges, is finally interpreted so that the interest or other loan charges collected or to be collected in connection with this loan exceed the permitted limits, then: (a) any such loan charge shall be reduced by the amount necessary to reduce the charge to the permitted limit; and (b) any sums already collected from me which exceeded permitted limits will be refunded to me. The Note Holder may choose to make this refund by reducing the Principal I owe under this Note or by making a direct payment to me. If a refund reduces the Principal, the reduction will be treated as a partial Prepayment.

*5.    CARGOS DEL PRÉSTAMO*
*Si una ley que aplique a este préstamo y que fije un máximo a los cargos impuestos es interpretada en forma final al efecto que los intereses u otros cargos cobrados o por ser cobrados a tenor con este préstamo excediesen los límites permitidos, entonces (a) cualquier tal cargo se ajustará por la cantidad necesaria para reducir el cargo al límite permitido; y (b) me será reembolsada cualquier suma ya pagada por mí que exceda los límites permitidos. El Tenedor del Pagaré podrá escoger entre aplicar este reembolso para reducir el Principal que adeude bajo este Pagaré, o hacerme un pago directo. Si un reembolso reduce el Principal, el reembolso se tratará como un Pago Anticipado parcial.*

**6.    BORROWER=S FAILURE TO PAY AS REQUIRED**
    **(A)    Late Charge for Overdue Payments**
If the Note Holder has not received the full amount of any monthly payment by the end of **FIFTEEN (15)** calendar days after the date it is due, I will pay a late charge to the Note Holder. The amount of the charge will be **FIVE PERCENT (5%)** of my overdue payment of principal and interest. I will pay this late charge promptly but only once on each late payment.

*6.    INCUMPLIMIENTO DEL DEUDOR DE PAGAR SEGÚN REQUERIDO*
    *(A)    Cargos por Demora por Pagos Vencidos*
*Si el Tenedor del Pagaré no ha recibido la cantidad total de cualquier pago mensual pasados QUINCE (15) días calendario de su fecha de vencimiento, le pagaré un cargo por demora. El cargo será CINCO PORCIENTO (5%) del pago vencido de principal e intereses. Pagaré este cargo por demora prontamente, pero solamente una vez por cada pago tardío.*

**(B)    Default**
If I do not pay the full amount of each monthly payment on the date it is due, I will be in default.

*(B)    Incumplimiento*
*Incurriré en incumplimiento si no pago la cantidad total de cada pago mensual a la fecha de su vencimiento.*

**(C)    Notice of Default**
If I am in default, the Note Holder may send me a written notice telling me that if I do not pay the overdue amount by a certain date, the Note Holder may require me to pay immediately the full amount of Principal which has not been paid and all the interest that I owe on that amount. That date must be at least thirty (30) days after the date on which the notice is mailed to me or delivered by other means.

*(C)    Aviso de Incumplimiento*
*Si incurro en incumplimiento, el Tenedor del Pagaré podrá enviarme aviso escrito.diciéndome que si no pago la cantidad vencida para cierta fecha, podrá requerirme saldo inmediato de la suma total del Principal que no ha sido pagado, más todos los intereses que adeude sobre esta suma. Esa fecha tiene que ser por lo menos treinta (30) días después de la fecha en que me sea enviado el aviso por correo, o entregado por cualquier otro medio.*

**(D)    No Waiver by Note Holder**
Even if, at a time when I am in default, the Note Holder does not require me to pay immediately in full as described above, the Note Holder will still have the right to do so if I am in default at a later time.

*(D)    No Renuncia por el Tenedor del Pagaré*
*Aun cuando a la fecha en que incurro en incumplimiento el Tenedor del Pagaré no me requiera que pague la totalidad inmediatamente, según expresado anteriormente, el Tenedor del Pagaré tendrá derecho a hacerlo si vuelvo a incurrir en incumplimiento en un fecha posterior.*

**(E)    Payment of Note Holder=s Costs and Expenses**
If the Note Holder has notified me that I am required to pay immediately in full as described above, or the Note Holder seeks judicial collection or collection in a bankruptcy proceeding, the Note Holder shall be entitled to collect its costs and expenses to enforce this Note (including, but not limited to, attorneys= fees), which are fixed at the agreed and liquidated amount of ten percent (10%) of the original Principal amount.

*(E)    Pago de Costas y Gastos del Tenedor del Pagaré*
*Si el Tenedor del Pagaré me ha notificado que tengo la obligación de pagar la totalidad inmediatamente, según se establece anteriormente, o el Tenedor del Pagaré radica cobro judicial o cobro en un procedimiento de quiebra, el Tenedor del Pagaré tendrá derecho a cobrar sus costas y gastos para hacer valer este Pagaré (incluyendo, pero sin limitarse a, honorarios de abogado), los cuales se fijan en la suma pactada y líquida de diez por ciento (10%) de la suma Principal original.*

**7.    GIVING OF NOTICES**
Unless applicable law requires a different method, any notice that must be given to me under this Note will be given by delivering it or by mailing it by first class mail to me at the Property Address above or at a different address if I give the Note Holder a notice of my different address.
Any notice that must be given to the Note Holder under this Note will be given by delivering it or by mailing it by first class mail to the Note Holder at the address stated in Section 3(A) above or at a different address if I am given a notice of that different address.

*7.    NOTIFICACIÓN*
*A menos que la ley aplicable requiera otro método, cualquier aviso que se me deba dar bajo este Pagaré se hará entregándome o enviándome por correo de primera clase, a la dirección de la Propiedad arriba indicada o a una dirección diferente, si le notifico por escrito una dirección diferente al Tenedor del Pagaré.*
*Cualquier notificación que deba dar al Tenedor del Pagaré, lo haré entregándola o enviándola por correo de primera clase a la dirección indicada en la Sección Tres (a) [3(a)], o a una dirección distinta que me haya notificado el Tenedor del Pagaré.*

**8.    OBLIGATIONS OF PERSONS UNDER THIS NOTE**
If more than one person signs this Note, each person is fully and personally obligated to keep all of the promises made in this Note, including the promise to pay the full amount owed. Any person who

is a guarantor, surety, or endorser of this Note is also obligated to do these things. Any person who takes over these obligations, including the obligations of a guarantor, surety, or endorser of this Note, is also obligated to keep all of the promises made in this Note. The Note Holder may enforce its rights under this Note against each person individually or against all of us together. This means that any one of us may be required to pay all of the amounts owed under this Note.

**8.    OBLIGACIONES DE LAS PERSONAS BAJO ESTE PAGARÉ**

  *Si más de una persona firma este Pagaré, cada persona queda plenamente y personalmente obligada a cumplir todas las obligaciones contenidas en este Pagaré, incluyendo la promesa de pagar la suma total adeudada. Cualquier persona que sea garantizadora, fiadora, o endosante de este Pagaré también queda obligada de esa manera. Cualquier persona que asuma estas obligaciones, incluyendo las obligaciones de un garantizador, fiador, o endosante de este Pagaré, quedará también obligada a cumplir todas las obligaciones contenidas en este Pagaré. El Tenedor del Pagaré podrá hacer valer sus derechos bajo este Pagaré contra cada persona individualmente, o contra todos nosotros conjuntamente. Esto significa que cualquiera de nosotros podrá ser requerido a pagar todas las sumas adeudadas bajo este Pagaré.*

**9.    WAIVERS**

I and any other person who has obligations under this Note waive the rights of Presentment and Notice of Dishonor. APresentment@ means the right to require the Note Holder to demand payment of amounts due. ANotice of Dishonor@ means the right to require the Note Holder to give notice to other persons obligated to pay the Note that amounts due have not been paid.

**9.    RENUNCIAS**

  *Yo y toda otra persona obligada bajo este Pagaré renunciamos a la Presentación y al Aviso de Incumplimiento. APresentación@ significa el derecho a requerir que el Tenedor del Pagaré reclame pago de sumas vencidas. AAviso de Incumplimiento@ significa el derecho a requerir que el Tenedor del Pagaré notifique a otras personas obligadas a pagar el Pagaré, que no se han pagado las sumas adeudadas.*

**10.    UNIFORM SECURED NOTE**

  This Note is a uniform instrument with limited variations in some jurisdictions. In addition to the protections given to the Note Holder under this Note, a Mortgage, Deed of Trust, or Security Deed (the ASecurity Instrument@), dated the same date as this Note, protects the Note Holder from possible losses which might result if I do not keep the promises which I make in this Note. That Security Instrument describes how and under what conditions I may be required to make immediate payment in full of all amounts I owe under this Note. Some of those conditions are described as follows:

**Transfer of the Property or a Beneficial Interest in Borrower.**  As used in this Section 18, AInterest in the Property@ means any legal or beneficial interest in the Property, including,. but not limited to, those beneficial interests transferred in a bond for deed, contract for deed, installment sales contract or escrow agreement, the intent of which is the transfer of title by Borrower at a future date to a purchaser.

  If all or any part of the Property or any Interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender=s prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if such exercise is prohibited by Applicable Law.

  If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than thirty (30) days from the date the notice is given in accordance with Section 15 within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

**10.    PAGARÉ GARANTIZADO UNIFORME**

  *Este Pagaré es un instrumento uniforme con algunas alteraciones en algunas jurisdicciones. Además de las protecciones dadas al Tenedor del Pagaré bajo este Pagaré, una Hipoteca, Escritura de Fideicomiso, o Escritura de Garantía Colateral (la AHipoteca@), de esta misma fecha, protege al Tenedor del Pagaré de posibles pérdidas que puedan resultar si no cumplo con las promesas que hago en este Pagaré. Esa Hipoteca describe cómo y bajo qué condiciones puedo ser requerido a pagar inmediatamente en el total de todas las sumas que adeude bajo este Pagaré. Algunas de esas condiciones se describen a continuación:*

  *Traspaso de la Propiedad o de un Interés Beneficiario del Deudor. Según se utiliza en esta Sección 18, AInterés en la Propiedad@ significa todo interés propietario o beneficiario en la Propiedad,*

*incluyendo, pero sin limitarse a, aquellos intereses beneficiarios transferidos como pacto condicional de traspaso, contrato para venta, contrato de venta a plazos o acuerdo de plica, cuya intención sea el traspaso de título por el Deudor a un comprador en fecha futura.*

*Si sin el previo consentimiento del Prestador se vende o traspasa toda o cualquier parte de la Propiedad, o cualquier Interés en la Propiedad (o en caso que el Deudor no sea una persona natural se vende o traspasa un interés propietario en el Deudor), entonces el Prestador podrá requerir el pago completo e inmediato de todas las cantidades aseguradas por esta Hipoteca. Sin embargo, el Prestador no ejercerá esta opción en caso que la Ley Aplicable la prohíba.*

*Si el Prestador ejerce esta opción, le dará aviso al Deudor de la aceleración del vencimiento. Conforme a la Sección 15, el aviso proveerá un período no menor de treinta (30) días a partir de su fecha, dentro del cual el Deudor vendrá obligado a pagar todas las cantidades aseguradas por esta Hipoteca. Si el Deudor dejare de pagar estas cantidades antes del vencimiento de este período, el Prestador podrá invocar cualquier remedio permitido por esta Hipoteca, sin más aviso o requerimiento al Deudor.*

**11.    SECURITY INSTRUMENT**

Payment of the indebtedness evidenced by this Note is secured by a Security Instrument dated on even date herewith, constituted by deed number -- 63 ----- of the undersigned Notary Public.

***11.    HIPOTECA***

*El pago de la deuda evidenciada por este Pagaré está garantizado por una Hipoteca de esta misma fecha, constituida mediante la escritura número ----------- del Notario Público infrascrito.*

IN WITNESS THEREOF, WE HEREBY ACKNOWLEDGE AND SIGN THIS PROMISSORY NOTE.

*EN TESTIMONIO DE LO CUAL RECONOCEMOS Y SUSCRIBIMOS ESTE PAGARÉ.*

_____ (Signature)
**JOEL VAZQUEZ COTTO**                    *(Firma)*
                                                          Borrower
                                                          *Deudor*

AFFIDAVIT NO.: - 15,370 --
*Testimonio Núm.:* --------------

Acknowledge and subscribed before me by the above signatories, of the above signatories, of the personal circumstances contained in the Mortgage Deed herein before described, whom I ATTEST, are personally known to me.

*Reconocido y suscrito ante mi por los arriba firmantes, de las circunstancias personales que se relacionan en la antes descrita escritura de hipoteca y a quienes DOY FE de conocer personalmente.*

Notary Public
Notario Público

LOAN NUMBER: ████████

**ALLONGE**

Conforme a la Escritura Número **737** de Modificación de Hipoteca, otorgada en esta misma fecha ante el Notario suscribiente, por la presente nota se modifica el Pagaré suscrito por **JOEL VAZQUEZ COTTO**, otorgado el día 20 de febrero de 2010, ante el Notario Público Roy R. Sánchez Vahamonde Dieppa:

**a)** la suma principal adeudada será de $241,629.58;

**b)** el interés anual y el pago mensual de principal e interés será modificado como sigue:

**1.** De los pagos 1 al 60, el interés será de 2.50% anual y el pago mensual de principal e interés será de $796.84.

**2.** De los pagos 61 al 72, el interés será de 3.50% anual y el pago mensual de principal e interés será $921.21.

**3.** De los pagos 73 al 84, el interés será de 4.50% anual y el pago mensual de principal e interés será $1,051.89

**4.** De los pagos 85 al 96, el interés será de 5.50% anual y el pago mensual de principal e interés será $1,187.86.

**5.** De los pagos 97 al 108, el interés será de 6.50% anual y el pago mensual de principal e interés será $1,328.21.

**6.** De los pagos 109 al 480, el interés será de 7.125% anual y el pago mensual de principal e interés será $1,417.47.

**c)** La fecha del primer pago de principal e interés será el primero (1ro) de septiembre de 2012 y La fecha del último pago de principal e interés será el primero (1ro) de agosto de 2052.

**d)** El pagaré antes relacionado y la hipoteca que lo garantiza, quedan por virtud de la presente Escritura de Modificación, ampliados en la suma de $5,779.58;

En San Juan, Puerto Rico, a los 31 días del mes de julio del año 2012.

_____
JOEL VAZQUEZ COTTO

_____
NOTARIO PÚBLICO

1

## ALLONGE

THIS ALLONGE IS TO BE ATTACHED TO AND MADE AN INTEGRAL PART of the following instrument:

Reference Number ███████
Note (Pagaré) ███████████████
Closing Date: 07/31/2012
Borrowers Name: JOEL VAZQUEZ-COTTO
Co-Borrowers Name:
Original Principal Amount: TWO HUNDRED FORTY ONE THOUSAND SIX HUNDRED TWENTY NINE DOLLARS AND FIFTY EIGHT CENTS
($241,629.58)
Property Address: HACIENDA SAN JOSE
              125 VILLA CARIBEE
              CAGUAS PR 00725

PAY TO THE ORDER OF

WITHOUT RECOURSE
BANCO POPULAR DE PUERTO RICO
AS SUCCESSOR VIA MERGER OF POPULAR MORTGAGE INC.

By: _____

Name: Francisco Segura

Title: AUTHORIZED SIGNATURE

By: _____

Name: Guillermina Rodríguez

Title: AUTHORIZED SIGNATURE

F.ALLONGE-08/08/2013-1566