EXHIBIT "C"

WHEN RECORDED RETURN TO:
SELECT PORTFOLIO SERVICING, INC.
DOCUMENT CONTROL DEPARTMENT
P.O. BOX 65250
SALT LAKE CITY, UT 84165-0250

```
GARY W. OTT
RECORDER, SALT LAKE COUNTY, UTAH
830 SELECT PORTFOLIO SERVICING
              PO BOX 65250
              SLC UT 84165
              11867767
       Book 10239 Pages 1233-1234
       06/18/2014 02:33 PM  12.00
```

## LIMITED POWER OF ATTORNEY

Pursuant to the Servicing Agreement (as amended, restated, supplemented or otherwise modified from time to time, the "Agreement"; capitalized terms not defined herein have the definitions assigned to such terms in the Agreement), dated as of July 01, 2003, by and among DLJ Mortgage Capital, Inc. ("DLJMC"), as Owner, Lime Homes, Ltd. ("Lime Homes"), as Owner, Lime Properties, Ltd. ("Lime Properties"), as Owner, Lime Residential, Ltd. ("Lime Residential"), as Owner, and Select Portfolio Servicing, Inc. ("SPS") as Servicer, Lime Residential hereby appoints Select Portfolio Servicing, Inc. as its true and lawful attorney-in-fact and in its name, place and stead to take the following designated actions with respect to any mortgage loan or real estate owned property which is subject to the Agreement:

1. To ask, demand, sue for, collect and receive all sums of money, debts or other obligations of any kind with respect to a Mortgage Loan which are now or shall after this date become due, owing or payable, or otherwise belong to Lime Residential; to settle and compromise any of such debts or obligations that may be or become due to Lime Residential; to endorse in the name of the Lime Residential for deposit in the appropriate account any instrument payable to or to the order of Lime Residential; in each case with respect to a Mortgage Loan.

2. To make demand(s) on behalf of Lime Residential upon any or all parties liable on a Mortgage Loan; to declare defaults with respect to a Mortgage Loan; to give notices of intention to accelerate; to give notices of acceleration and any other notices as Servicer deems reasonably necessary or appropriate; to post all notices as required by law and the documents securing a Mortgage Loan in order to foreclose such Mortgage Loan; to handle all aspects of foreclosure on behalf of Lime Residential, including, but not limited to, conducting the foreclosure sale, bidding for Lime Residential and executing all documents, including all deeds and conveyances, needed to effect such foreclosure sale and/or liquidation; to execute any documents or instruments necessary for the offer, listing, closing of sale, and conveyance of REO Property, including, but not limited to, grant, warranty, quit claim and statutory deeds or similar instruments of conveyance; to execute any documents or instruments in connection with any bankruptcy or receivership of a mortgagor on a Mortgage Loan; to file suit and prosecute legal actions against all parties liable for amounts due under a Mortgage Loan, including, but not limited to, any deficiency amounts due following foreclosure; to take such other actions and exercise such rights which may be taken by Lime Residential under the terms of any Mortgage Loan, including, but not limited to, satisfaction, release, cancellation or discharge of mortgage, eviction, unlawful detainer, or similar dispossessory proceeding, sale, taking possession of, release of security instruments, realization upon all or any part of a Mortgage Loan or any collateral therefor or guaranty thereof; and to assign, convey, accept, or otherwise transfer, Lime Residential interest in any Mortgage Loan.

3. To perform all other acts and do all other things as may be reasonably necessary to manage and service the Mortgage Loans under the terms of the Agreement.

WHEN RECORDED RETURN TO:
SELECT PORTFOLIO SERVICING, INC.
DOCUMENT CONTROL DEPARTMENT
P.O. BOX 65250
SALT LAKE CITY, UT 84165-0250

    This instrument is to be construed and interpreted as a Limited Power of Attorney regarding a Mortgage Loan. The enumeration of specific items, acts, rights and powers is not intended to, nor does it give rise to and it is not to be construed as a general power of attorney. Notwithstanding anything herein to the contrary, use of this Limited Power of Attorney is restricted to use in connection with the Mortgage Loans as defined in the Agreement and is limited to those actions reasonable and necessary for the Servicer to carry out the provisions of the Agreement in accordance with the terms thereof, applicable law and accepted servicing practices of prudent servicers.

    This Limited Power of Attorney shall be governed by and construed in accordance with the laws of the State of New York.

    IN WITNESS WHEREOF Lime Residential, Ltd. has hereunto caused this Limited Power of Attorney to be executed by its duly authorized representatives on this __4__ day of June, 2014.

Lime Residential, Ltd.
By: _____
Name: David Neugebauer
Title: Vice President

WITNESS:
By: _____
Name: Demetrius Nonas

WITNESS:
By: _____
Name: Paul Davino

STATE OF   New York   )
                               ) ss
COUNTY OF  New York   )

    On June __4__, 2014, before me personally appeared David Neugebauer, known to me to be a Vice President of Lime Residential, Ltd., that executed the preceding Limited Power of Attorney and also known to me to be the person who executed it on behalf of said company, and acknowledged to me that such company executed the preceding Limited Power of Attorney.

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the year and day in this certificate first written.

X Gloria Johnson
Notary Public

GLORIA JOHNSON
Notary Public, State of New York
No. 01JO6015595
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires January 9, 20__